IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19- |
|---|---|---|
| v. | : | DATE FILED: |
| DAVID PHAM | : | VIOLATION:<br>18 U.S.C. § 1709 (Theft of mail matter by postal service employee – 1 count) |
| | : | |

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about June 11, 2018, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**DAVID PHAM,**

while an employee of the United States Postal Service, unlawfully embezzled mail, that is, one piece of International Mail, bearing tracking number LS003530515FR, which was entrusted to him and which came into his possession intended to be conveyed by mail.

All in violation of Title 18, United States Code, Section 1709.

A TRUE BILL:

_____
FOREPERSON

for _____
WILLIAM M. McSWAIN
United States Attorney